MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

FILED
JAN 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>PEDRO CABRERA RAMIREZ,<br>    Defendant. | No. CR 11-0002 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER 18<br>U.S.C. § 3161** |

    On January 6, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to February 15, 2011. The parties have agreed to exclude the period of time between January 6, 2011 and February 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0002 RS

1 | At the hearing, the Court made findings consistent with this agreement.
2 | SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: January 6, 2011

        /s/
        LOWELL C. POWELL
        Special Assistant United States Attorney

DATED: January 6, 2011

        /s/
        STEVEN KALAR
        Attorney for PEDRO CABRERA RAMIREZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0002 RS

## [PROPOSED] ORDER

For the reasons stated above and at the January 6, 2011 hearing, the Court finds that exclusion of the time limits applicable under 18 U.S.C. § 3161 for the period from January 6, 2011 through February 15, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 7 Jan 2011

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge